NUMBER 13-02-619-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________________


MARCO ANTONIO GONZALEZ RODRIGUEZ, Appellant,


v.



THE STATE OF TEXAS, Appellee.

____________________________________________________________________


On appeal from the 138th District Court


of Cameron County, Texas.


____________________________________________________________________


MEMORANDUM OPINION



Before Justices Rodriguez, Castillo, and Garza


Opinion Per Curiam



 Appellant, MARCO ANTONIO GONZALEZ RODRIGUEZ, attempted to perfect an
appeal from an order entered by the 138th District Court of Cameron County, Texas,
in cause no. 99-CR-1044-B. The clerk's record was received on August 25, 2003. 

 Upon review of the clerk's record, it appeared that no appealable order was
included in said record. Notice of this defect was given to appellant so that steps
could be taken to correct the defect, if it could be done. Appellant was advised that,
if the defect was not corrected within ten days from the date of receipt of this notice,
the appeal would be dismissed for want of jurisdiction. Appellant has failed to file a
response as requested by this Court's notice. 

 The Court, having considered the documents on file and appellant's failure to
respond to this Court's notice, is of the opinion that the appeal should be dismissed
for want of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

 PER CURIAM


Opinion delivered and filed this

the 30th day of October, 2003.